# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Jackson, Richard B. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO | 3. Date of Report<br><br>04/07/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>US Courthouse<br>901 19th St<br>Denver CO 80294 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/07/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | PERA STATE OF COLORADO | $69,824.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | SELF-EMPLOYED TRAVEL AGENT |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/07/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IRA #1 | | | | | | | | | |
| 2.  -ASG GLOBAL ALTERNATIVES FUND | A | Dividend | J | T | Buy | 02/21/14 | J | | |
| 3.  -VANGUARD VALUE VIPERS | B | Dividend | L | T | | | | | |
| 4.  -VANGUARD FTSE ALL WORLD EX US INDEX | A | Dividend | | | Sold | 01/06/14 | J | A | |
| 5.  -DREYFUS BASIC S AND P 500 | A | Dividend | L | T | Buy (add'l) | 02/21/14 | K | | |
| 6.  -VANGUARD EXTENDED MKT VIPERS | A | Dividend | K | T | | | | | |
| 7.  -VANGUARD GROWTH VIPERS | A | Dividend | L | T | | | | | |
| 8.  -VANGUARD EMERGING MKTS ETF | A | Dividend | | | Sold | 01/06/14 | J | A | |
| 9.  -BNY MELLON MUNICIPAL OPPORTUNITIES FUND | A | Dividend | J | T | | | | | |
| 10.  -BNYMELLON NATIONAL INTERMEDIATE MUNICIPAL BOND FUND | B | Dividend | L | T | | | | | |
| 11.  -BNY MELLON NATIONAL SHORT TERM MUNICIPAL BOND FUND | A | Dividend | K | T | | | | | |
| 12.  -DREYFUS HIGH YIELD FUND | A | Dividend | J | T | | | | | |
| 13.  -DREYFUS FLOATING RATE INC | A | Dividend | J | T | Buy | 02/21/14 | J | | |
| 14.  -DREYFUS GLOBAL RETURN | A | Dividend | J | T | Buy | 02/21/14 | J | | |
| 15.  -DREYFUS EMERGING MKTS DEBT LOCAL CURRENCY FD | A | Dividend | | | Sold | 01/06/14 | J | A | |
| 16.  -TCW EMERGING MKTS INCOME FUND | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. -ISHARES MSCI EAFE INDEX FD | A | Dividend | J | T | | | | | |
| 18. -ADVANTAGE GLOBAL | A | Dividend | J | T | | | | | |
| 19. -DFA EMERGING MARKIETS CORE EQUITY | A | Dividend | K | T | | | | | |
| 20. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 21. -FED HOME LN MTG CORP | A | Dividend | L | T | | | | | |
| 22. -FEDERAL HOME LNMTG CORP | A | Dividend | K | T | Buy | 05/20/14 | K | | |
| 23. -FED HOME LOAN BANKS | B | Dividend | L | T | | | | | |
| 24. -US TREASURY NOTE 6/2016 | B | Interest | L | T | | | | | |
| 25. -US TREASURY NOTE 12/16 | B | Interest | L | T | | | | | |
| 26. -US TREASURY NOTE 7/17 | A | Interest | L | T | | | | | |
| 27. -US TREASURY NOTE 2% 11/21 | A | Interest | L | T | | | | | |
| 28. -U.S.TREASURY NOTE 2.25% 4/30/21 | B | Interest | L | T | Buy | 04/30/14 | K | | |
| 29. -U.S.TREASURY NOTE 2% 2/15/22 | A | Interest | L | T | Buy | 12/12/14 | L | | |
| 30. -U.S.TREASURY NOTE 2/% 7/31/20 | A | Interest | L | T | Buy | 07/31/14 | L | | |
| 31. -US TREASURY NOTE 2% 2/23 | A | Interest | K | T | | | | | |
| 32. -BERKSHIRE HATHAWAY INC 2/11/23 | A | Interest | K | T | Buy | 01/27/14 | K | | |
| 33. -GEN ELECT CAP CPR 9/17 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -INTEL CORP 12/15/22 | A | Interest | K | T | Buy | 01/06/14 | K | | |
| 35. -PFIZER INC | A | Interest | | | Sold | 02/14/14 | K | A | |
| 36. -GOLDMAN SACHS GROUP INC | A | Interest | | | Sold | 10/01/14 | K | A | |
| 37. -AT & T INC | B | Interest | K | T | | | | | |
| 38. -AIM STIT TREASURY PORTFOLIO | A | Interest | L | T | | | | | |
| 39. -SPDR TRUST SERIES 1 | D | Dividend | M | T | | | | | |
| 40. -ISHARES TR MIDCAP | B | Dividend | L | T | | | | | |
| 41. -SPDR DOW JONES INDUSTRIAL AVERAGE | D | Dividend | M | | | | | | |
| 42. -ISHARES MSCI EAFE INDX FUND | D | Dividend | M | T | | | | | |
| 43. -RYDEX ASG MANAGED FUTURES STRATEGY FD | A | Dividend | K | T | | | | | |
| 44. -ISHARES RUSSELL 1000 INDEX FUND | C | Dividend | | | Sold | 01/06/14 | M | C | |
| 45. -FED HOME LN MTG CORP | B | Dividend | M | T | | | | | |
| 46. -FED NAT MTG ASSN | B | Dividend | K | T | | | | | |
| 47. -US TREAS NOTE 2.125% 5/31/15 | B | Interest | L | T | | | | | |
| 48. -BEAR STEARRNS CO 4.65% 7/2/18 | B | Dividend | K | T | | | | | |
| 49. -DFA EMERGING CORE EQUITY | A | Dividend | L | T | | | | | |
| 50. -DREYFUS HIGH YIELD 1 | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Jackson, Richard B. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. -DREYFUS EMERGING MKTS DEBT LOCAL | A | Dividend | | | Sold | 01/31/14 | K | A | |
| 52. -DREYFUS FLOATING RATE INCOME FUND | A | Dividend | K | T | Buy | 12/31/14 | K | | |
| 53. -TCW EMERGING MARKETS INCME FUND | B | Dividend | K | T | | | | | |
| 54. -DREYFUS SELECT MGER SCAP | A | Dividend | L | T | Buy (add'l) | 01/31/14 | L | | |
| 55. -BNY MELLON INCOME STOCK FUND | C | Dividend | M | T | | | | | |
| 56. -BNY MELLONINTL EQUITY INCOME FUND | A | Dividend | K | T | | | | | |
| 57. -ASG MANAGED FUTURES STRATEGY FD | A | Dividend | K | T | | | | | |
| 58. -JOHN DEERE CAPITAL CORP 2% 1/13/17X | B | Dividend | K | T | | | | | |
| 59. -ANHEUSER BUSCH 25000 .2.5% 7/15/22 | A | Dividend | K | T | Buy | 05/19/14 | K | | |
| 60. -AMAZON | A | Dividend | J | T | Buy | 04/08/14 | J | | |
| 61. -ABBOTT LABORATORIES | A | Dividend | J | T | | | | | |
| 62. -ABBVIE INC | A | Dividend | J | T | Buy | 07/23/14 | J | | |
| 63. -ACTAVIS PLC | | None | J | T | Buy | 02/04/14 | J | | |
| 64. -AFLAC INC | A | Dividend | J | T | Buy | 06/10/14 | J | | |
| 65. -AON PLC | A | Dividend | | | Sold | 02/03/14 | J | C | |
| 66. -ASG GLOBAL ALTERNATIVES FUND B | | None | J | T | Buy | 04/21/14 | J | | |
| 67. -ASG MANAGED FUTURES STRATEGY FUND | A | Dividend | J | T | Buy | 12/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. -BEAM INC | A | Dividend | | | Sold | 04/17/14 | J | B | |
| 69. -BIOGEN IDEC INC | | None | J | T | Buy | 02/04/14 | J | | |
| 70. -INGERSOLL RAND PLC | A | Dividend | J | T | | | | | |
| 71. -INVESCO LTD | A | Dividend | J | T | | | | | |
| 72. -ADOBE SYSTEMS | | None | J | T | | | | | |
| 73. -AT AND T INC | A | Dividend | J | T | | | | | |
| 74. -ALCATEL-LUCENT | A | Dividend | | | Sold | 02/06/14 | J | A | |
| 75. -ALLERGAN | A | Dividend | | | Sold | 06/04/14 | J | C | |
| 76. -AMGEN | A | Dividend | J | T | | | | | |
| 77. -ANHEUSER BUSCH INBEV SPN | A | Dividend | J | T | Buy | 05/19/14 | J | | |
| 78. -AVAGO TECH | A | Dividend | J | T | | | | | |
| 79. -APPLE INC | A | Dividend | K | T | | | | | |
| 80. -ACCENTURE | A | Dividend | J | T | Sold (part) | 04/01/14 | J | A | |
| 81. -ASTRAZENECA PLC 9/18/2019 | A | Interest | K | T | | | | | |
| 82. -BRISTOL MEYERS | A | Dividend | J | T | Sold (part) | 02/04/14 | J | A | |
| 83. -CABOT OIL | A | Dividend | | | Sold | 06/19/14 | J | A | |
| 84. -CAPITAL 1 FINANCIAL | A | Dividend | J | T | Buy (add'l) | 01/21/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. -CARDINAL HEALTH | A | Dividend | J | T | Buy | 06/09/14 | J | | |
| 86. -CATERPILLAR INC | A | Dividend | J | T | | | | | |
| 87. -CATERPILLAR INC 2.6% 6/22 | A | Interest | K | T | | | | | |
| 88. -CELANESE CORP SERIES | A | Dividend | J | T | | | | | |
| 89. -CELGENE CORP | | None | J | T | Buy | 10/24/14 | J | | |
| 90. -CENTERPOINT ENERGY INC | A | Dividend | J | T | | | | | |
| 91. -CHEESECAKE FACTORY | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 92. -CHEVRON CORP | A | Dividend | J | T | | | | | |
| 93. -CITRIX SYSTEMS | A | Dividend | | | Sold | 01/21/14 | J | A | |
| 94. -COCA COLACO | A | Dividend | | | Sold | 01/13/14 | J | A | |
| 95. -COMCAST CORP | A | Dividend | J | T | | | | | |
| 96. -COSTCO | A | Dividend | J | T | | | | | |
| 97. -WALT DISNEY | A | Dividend | J | T | Sold (part) | 11/20/14 | J | B | |
| 98. -DOVER CORP | A | Dividend | J | T | | | | | |
| 99. -DOW CHEMICAL | A | Dividend | J | T | Buy | 10/07/14 | J | | |
| 100. -ELECTRONIC ARTS INC | | None | J | T | Buy | 07/23/14 | J | | |
| 101. -EXPRESS SCRIPTS HOLDINGS INC | A | Dividend | | | Sold | 04/08/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. -EXXON MOBILCORP | A | Dividend | J | T | Buy (add'l) | 06/18/14 | J | | |
| 103. -FACEBOOK INC | | None | J | T | | | | | |
| 104. -FAMILY DR STORES | A | Dividend | | | Sold | 04/29/14 | J | A | |
| 105. -FIDELITY NATIONAL FINANCIAL | | None | J | T | | | | | |
| 106. -FREEPORT MCMORAN COOPER AND GOLD | A | Dividend | | | Sold | 10/07/14 | J | A | |
| 107. -GENERAL ELECTRIC CO | A | Dividend | | | Sold | 08/20/14 | J | B | |
| 108. -GILEAD SCIENCES INC | | None | J | T | | | | | |
| 109. -GOOGLE` | | None | J | T | Sold (part) | 12/19/14 | J | A | |
| 110. -HALLIBURTON CO | A | Dividend | J | T | | | | | |
| 111. -HARLEY DAVIDSON | A | Dividend | J | T | | | | | |
| 112. -HARTFORD FIN SVS GROUP | A | Dividend | J | T | Buy | 03/17/14 | J | | |
| 113. -HCA HOLDINGS INC | | None | J | T | Buy | 05/27/14 | J | | |
| 114. -HERSHEY CO | A | Dividend | J | T | Buy | 12/24/14 | J | | |
| 115. -HOME DEPOT INC | A | Dividend | J | T | | | | | |
| 116. -HONEYWELL INC | A | Dividend | J | T | | | | | |
| 117. -ILLINOIS TOOL WORKS | A | Dividend | J | T | Buy | 08/20/14 | J | | |
| 118. -INTEL | A | Dividend | J | T | Buy | 09/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. -INTERCONTINENTAL EXCHANGE GROUP | A | Dividend | J | T | Buy | 06/09/14 | J | | |
| 120. -JP MORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 121. -JOHNSON CONTROLS IN | A | Dividend | J | T | | | | | |
| 122. -KLA TENCOR | A | Dividend | | | Sold | 01/07/14 | J | A | |
| 123. -LAM RESH CORP | A | Dividend | J | T | Buy | 10/06/14 | J | | |
| 124. -LAS VEGAS SANDS CORP | A | Dividend | J | T | | | | | |
| 125. -MALLINCKRODT PLCS | | None | J | T | Buy | 09/02/14 | J | | |
| 126. -MARATHON OIL CORP | A | Dividend | J | T | Sold (part) | 04/01/14 | J | A | |
| 127. -MEAD JOHNSON | A | Dividend | J | T | Buy | 06/19/14 | J | | |
| 128. -MERCK AND CO | A | Dividend | J | T | Buy | 01/24/14 | J | | |
| 129. -METLIFE INC | A | Dividend | | | Sold | 01/22/14 | J | C | |
| 130. -MONDELEZ INTL | A | Dividend | | | Sold | 12/16/14 | J | B | |
| 131. -MONSTER BEVERAGE | | None | J | T | Buy | 02/05/14 | J | | |
| 132. -NATIONAL OILWELL VARCO | A | Dividend | | | Sold | 06/23/14 | J | B | |
| 133. -NUCOR COPR | A | Dividend | J | T | | | | | |
| 134. -OCWEN FINANCIAL | A | Dividend | | | Sold | 08/12/14 | J | A | |
| 135. -OUTFRONT MEDIA INC | A | Dividend | J | T | Buy | 02/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136.  -PNC FINANCIAL SERVICES | A | Dividend | J | T | | | | | |
| 137.  -PVH CORP | A | Dividend | J | T | | | | | |
| 138.  -PEPSICO INC | A | Dividend | J | T | | | | | |
| 139.  -PEPSICO INC 3.125% 11/20 | A | Interest | K | T | | | | | |
| 140.  -PFIZER INC | A | Dividend | J | T | | | | | |
| 141.  -PHILIP MORRIS INTL | A | Dividend | J | T | | | | | |
| 142.  -PHIILLIPS 66 | A | Dividend | J | T | Buy | 11/20/14 | J | | |
| 143.  -PROCTER AND GAMBLE | A | Dividend | J | T | Sold (part) | 06/04/14 | J | B | |
| 144.  -SALESFORCE COM | | None | J | T | | | | | |
| 145.  -SCHLUMBERGER LTD | A | Dividend | J | T | | | | | |
| 146.  -SEMPRA ENERGY | | None | J | T | Sold (part) | 02/04/14 | J | B | |
| 147.  -SERVICENOW INC | | None | J | T | | | | | |
| 148.  -SHIRE PLC | A | Dividend | | | Sold | 05/14/14 | J | D | |
| 149.  -SOUTHWESTERN ENERGY CO | A | Dividend | J | T | | | | | |
| 150.  -STATE ST CORP | A | Dividend | J | T | | | | | |
| 151.  -TAIWAN SEMICONDUCTOR MFG CO | A | Dividend | | | Sold | 04/28/14 | J | A | |
| 152.  -TEVA PHARMA | A | Dividend | | | Sold | 09/02/14 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. -TE CONNECTIVITY LTD | A | Dividend | J | T | Buy | 05/05/14 | J | | |
| 154. -THERMOFISHER SCIENTIFIC | A | Dividend | J | T | | | | | |
| 155. -TIME WARNER | A | Dividend | J | T | Buy | 08/18/14 | J | | |
| 156. -TWITTER | | None | J | T | Buy | 10/06/14 | J | | |
| 157. -IBM | A | Dividend | | | Sold | 01/02/14 | J | A | |
| 158. -UNION PAC | A | Dividend | J | T | | | | | |
| 159. -UNITED TECHNOLOGIES | A | Dividend | J | T | | | | | |
| 160. -VALERO ENERGY | A | Dividend | J | T | | | | | |
| 161. -VERIZON COMM | A | Dividend | J | T | | | | | |
| 162. -VERIZON COMM INCL 3.55 11/21 | A | Interest | K | T | | | | | |
| 163. -VMWARE INC | A | Dividend | | | Sold | 01/14/14 | J | A | |
| 164. -WELLS FARGO AND CO | A | Dividend | J | T | | | | | |
| 165. -YAHOO | A | Dividend | | | Sold | 06/23/14 | J | C | |
| 166. -YUMI BRANDS | A | Dividend | J | T | Buy (add'l) | 04/29/14 | J | | |
| 167. 401(k) #1 | | | | | | | | | |
| 168. -PERAdvantage Income Fund | B | Dividend | K | T | | | | | |
| 169. -PERAdvantage Fixed Income | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. -PERAdvantgage US Large Cap Stk | B | Dividend | J | T | | | | | |
| 171. -PERAdvantage Intl Stock Fd | B | Dividend | J | T | | | | | |
| 172. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 173. -CHEVRON CORP | B | Dividend | K | T | | | | | |
| 174. -EXXON MOBIL | C | Dividend | L | T | | | | | |
| 175. -GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 176. -UNION PAC CORP | A | Dividend | K | T | | | | | |
| 177. -UNITED TECHNOLOGIES CORP | A | Dividend | K | T | | | | | |
| 178. -WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 179. -JOHNSON CTLS INC | A | Dividend | J | T | | | | | |
| 180. -STARBUCKS CORP | C | Dividend | N | T | | | | | |
| 181. -NESTLE S A SPONSORED ADR REPSTG REG | A | Dividend | L | T | | | | | |
| 182. -PEPSICO INC | A | Dividend | K | T | | | | | |
| 183. -PROCTER & GAMBLE CO | B | Dividend | K | T | | | | | |
| 184. -JOHNSON & JOHNSON | B | Dividend | K | T | | | | | |
| 185. -PFIZER INC | A | Dividend | J | T | | | | | |
| 186. -AON CORP | A | Dividend | | | Sold | 12/01/14 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. -INVESCO LTD | A | Dividend | J | T | | | | | |
| 188. -JP MORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 189. -STATE STREET CORP | A | Dividend | J | T | | | | | |
| 190. -WELLS FARGO AND CO | A | Dividend | J | T | | | | | |
| 191. -ACCENTURE PLC | A | Dividend | J | T | | | | | |
| 192. -APPLE INC | A | Dividend | K | T | | | | | |
| 193. -GOOGLE INC | | None | J | T | | | | | |
| 194. -FLORHAM PARK NJ 8% 2/16 | B | Dividend | L | T | | | | | |
| 195. -SALESFORCE.COM INC | | None | J | T | | | | | |
| 196. -SEMPRA ENERGY | A | Dividend | J | T | | | | | |
| 197. -WATSON PHARMACEUTICALS INC | A | Dividend | | | Sold | 01/06/14 | J | A | |
| 198. -ISHARES MSCI EAFE INDEX FD | C | Dividend | L | T | | | | | |
| 199. -VANGUARD EXTENDED MARKET VIPERS INDEX FUND | A | Dividend | M | T | Sold (part) | 08/04/14 | K | A | |
| 200. -RANGELY CO SCH DIST RE 4 | B | Interest | L | T | | | | | |
| 201. -SNOWMASS VIG CO | B | Interest | L | T | | | | | |
| 202. -METROPOLITAN TRANSN AUTH NY | A | Interest | | | Sold | 11/17/14 | K | A | |
| 203. -METRO WASTEWTR RECLAM DSTR CO | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. -EL PASO CTY CO REV | B | Interest | L | T | | | | | |
| 205. -BNY MELLON MUNICIPAL OPPORTUNITIES | B | Dividend | M | T | | | | | |
| 206. -BNY MELLON NATL MUNI MONEY MKT FUND | | Dividend | | | Sold | 01/06/14 | J | A | |
| 207. -TUALATIN HILL OR 6.21 | B | Interest | L | T | | | | | |
| 208. -DOVER CORP | A | Dividend | K | T | | | | | |
| 209. -IBM CORP | A | Dividend | J | T | | | | | |
| 210. -PROVO UTAH 4% 1/20 | B | Interest | L | T | | | | | |
| 211. -EMC CORP MASS | | Dividend | J | T | | | | | |
| 212. -BEACHWOOD OHIO 12/19 | B | Interest | L | T | | | | | |
| 213. -VERIZON COMMUNCATIONS | A | Dividend | J | T | | | | | |
| 214. -TEVA PHARM | A | Dividend | | | Sold | 09/04/14 | J | B | |
| 215. -AMAZON .COM INC | A | Dividend | J | T | | | | | |
| 216. -INTERCONTINENTAL EXCHANGE | A | Dividend | K | T | | | | | |
| 217. -ADOBE SYSTEMS INC | | None | J | T | | | | | |
| 218. -CELANESE CORP | A | Dividend | J | T | | | | | |
| 219. -EXPRESS SCRIPTS HOLDING | A | Dividend | | | Sold | 04/14/14 | K | C | |
| 220. -CAPITAL FINANCIAL CORP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. -NUCOR CORP | A | Dividend | K | T | | | | | |
| 222. -EAGLE GARFIELD 4.0% 12/22 | A | Interest | L | T | | | | | |
| 223. -TAIWAN SEMICONDUCTOR | A | Dividend | | | Sold | 07/15/14 | J | B | |
| 224. -FACEBOOK INC | | None | J | T | | | | | |
| 225. -DFA EMERGING MARKETS CORE EQUITY | A | Dividend | L | T | | | | | |
| 226. -ADVANTAGE GLOBAL | A | Dividend | K | T | | | | | |
| 227. -DENVER CITY & CTY CO SCH 12/19/2021 4% | B | Interest | L | T | Buy | 05/23/14 | L | | |
| 228. -DREYFUS FLOATING RATE INCOME FUND | A | Dividend | K | T | Buy | 02/21/14 | K | | |
| 229. -DREYFUS GLOBAL REAL RETURN FUND | A | Dividend | K | T | Buy | 07/31/14 | K | | |
| 230. -ACTAVIS PLC | | None | L | T | Buy | 01/06/14 | L | | |
| 231. -AVAGO TECH | A | Dividend | K | T | Buy | 07/15/14 | K | | |
| 232. -ABBOTT LABS | A | Dividend | J | T | Buy | 04/14/14 | J | | |
| 233. -HARTFORD FINANCIAL SERVICES | A | Dividend | K | T | Buy | 12/01/14 | K | | |
| 234. -ASG GLOBAL ALTERNATIVE FUND | A | Dividend | K | T | Buy | 02/21/14 | K | | |
| 235. -MALLINCKRODT PLC | | None | J | T | Buy | 09/04/14 | J | | |
| 236. -DREYFUS HIGH YIELD FD | A | Dividend | J | T | | | | | |
| 237. -DREYFUS EMERGING MKTS DEBT LOCAL CUR FD | A | Dividend | | | Sold | 01/31/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. -TCW EMERGING MKTS INCOME FUND | A | Dividend | J | T | | | | | |
| 239. IRA #2 | | | | | | | | | |
| 240. -BNY MELLON INTERM BOND FUND CLASS M | B | Dividend | L | T | | | | | |
| 241. -BNY MELLON SHORT TERM US GOVERNMENT SEC FUND | A | Dividend | J | T | Buy | 05/08/14 | J | | |
| 242. -DREYFUS YIELD ENHANCEMENT STRATEGY FUND | A | Dividend | J | T | Buy | 05/08/14 | J | | |
| 243. -DREYFUS PREMIER LTD TERM HIGH YIELD FD | A | Dividend | | | Sold | 05/08/14 | J | A | |
| 244. -ADVANTAGE GLOBAL | A | Dividend | J | T | | | | | |
| 245. -BNY MELLON SMALL MID CAP FUND | | None | J | T | | | | | |
| 246. -DREYFUSDIVERSIFIED INTERNATIONAL FUND | A | Dividend | J | T | | | | | |
| 247. -DREYFUS EMERGING MKTS DEBT FUND | A | Dividend | | | Sold | 03/24/14 | J | B | |
| 248. -TCWEMERGING MKTS INCOME FUND | A | Dividend | | | Sold | 05/08/14 | J | A | |
| 249. -DREYFUS BASIC S AND P 500 STOCK INDEX FD | B | Dividend | L | T | | | | | |
| 250. -ASG MANAGED FUTURES STRATEGY FUND | A | Dividend | J | T | Buy | 04/08/14 | J | | |
| 251. -ASG GLOBAL ALTERNATIVES | A | Dividend | J | T | | | | | |
| 252. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 253. -DREYFUS LARGE FUND GROWTH FUND CLASS I | A | Dividend | K | T | | | | | |
| 254. BROKERAGE ACCOUNT #4 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. -AMERICAN STRATEGIC INCOME PORTFOLIO | A | Dividend | K | T | | | | | |
| 256. -CIT GROUP INC NEW | A | Dividend | J | T | | | | | |
| 257. -GABELLI DIVIDEND & INCOME TRUST | A | Dividend | J | T | | | | | |
| 258. -AIM INV INVESCO VAN KAMPEN CORP BOND FD. | B | Dividend | K | T | | | | | |
| 259. -AIM INV INVESTCO VAN KAMPEN HIGH YD FD CLASS A | A | Dividend | K | T | | | | | |
| 260. -PLUM CREEK TIIMBER CO INC | A | Dividend | J | T | | | | | |
| 261. -QWEST CORP PREFERRED 7/5% 9/15/16 | A | Interest | J | T | | | | | |
| 262. -WELLSFARGO WEALTH BUILDER MODERATE BALANCE FUND | A | Dividend | K | T | | | | | |
| 263. -WELLS FARGO BANK (VARIOUS ACCOUNTS) | A | Interest | K | T | | | | | |
| 264. TRUST #1 | | | | | | | | | |
| 265. -SPDR S AND P 500 FD | A | Dividend | K | T | | | | | |
| 266. -SPDR DOW JONES INDUSTRIAL AVER TRUST | A | Dividend | K | T | | | | | |
| 267. -I-SHARES MSCI EMERGING MKTS FD | A | Dividend | J | T | | | | | |
| 268. -VANGUARD EXTENDED MKT VIPERS INDX FD | A | Dividend | K | T | | | | | |
| 269. -VANGUARD EMERGING MKTS FUND | A | Dividend | J | T | | | | | |
| 270. -BNY MELLON INCOME STOCK FUND | A | Dividend | J | T | Buy | 01/06/14 | J | | |
| 271. -BNY MELLON NATL INTER MUN BD FUND | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. -BNY MELLON NATL MUNI MONEY MKT FD | A | Dividend | | | Sold | 01/07/14 | J | A | |
| 273. -BNY MELLON NAT S/T MIN BD FUND | A | Dividend | J | T | | | | | |
| 274. -DREYFUS HIGH YIELD FD | A | Dividend | J | T | | | | | |
| 275. -DREYFUS FLOATING RATE INCOME FUND | A | Dividend | J | T | Buy | 01/06/14 | J | | |
| 276. -DREYFUS GLOBAL REAL RETURN FUND | A | Dividend | J | T | Buy | 08/11/14 | J | | |
| 277. -DREYFUS EMERGING MKT DEBT LOCAL FD | A | Dividend | | | Sold | 02/03/14 | J | A | |
| 278. -DFA EMERGING MARKETS CORE EQUITY | D | Dividend | J | T | | | | | |
| 279. -TCW EMERGING MKTS INCOME FD | A | Dividend | J | T | | | | | |
| 280. -ASG GLOBAL ALTERNATIVE | A | Dividend | J | T | Buy | 03/24/14 | J | | |
| 281. -ADVANTAGE DYNAMIC TOTAL RETURN | A | Dividend | J | T | Buy | 03/24/14 | J | | |
| 282. TRUST #2 | | | | | | | | | |
| 283. -SPDR S&P500ETF(fnaSPDR TRust series 1) | B | Dividend | L | T | | | | | |
| 284. -ADVANTAGE DYNAMIC TOTAL REFUND FUND | A | Dividend | J | T | Buy | 03/21/14 | J | | |
| 285. -ASC GLOBAL ALTERNATIVES FUND | A | Dividend | J | T | Buy | 03/21/14 | J | | |
| 286. -SPDR DOW JONES INDUSTRIAL AV TRUST | B | Dividend | L | T | | | | | |
| 287. -ISHARES MSCI EAFE INDX FD | A | Dividend | K | T | | | | | |
| 288. -VANGUARD EXTENDED MTK VIPERS | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 289. -BNY MELLON INT MUN BD FD | A | Dividend | | | Sold | 03/21/14 | J | A | |
| 290. -BNY MELLONNATL MUNI MONEY MKT FD | A | Dividend | K | T | | | | | |
| 291. -BNY MELLON INCOME STOCK FUND | A | Dividend | J | T | | | | | |
| 292. -TCWEMERGING MKTS INCOME FUND | A | Dividend | J | T | Buy | 01/06/14 | J | | |
| 293. -DREYFUS HIGH YIELD FUND | A | Dividend | J | T | | | | | |
| 294. -DFA EMERGING MARKETS CORE EQUITY | A | Dividend | K | T | | | | | |
| 295. -DREYFUS EMERGING MKTS DEBT LOCAL CURRENCY FD | A | Dividend | | | Sold | 01/31/14 | J | A | |
| 296. DREYFUS GLOBAL REAL RETURN FUND | A | Dividend | K | T | Buy | 08/11/14 | J | | |
| 297. DREYFUS FLOATING RATE INCOME FUND | A | Dividend | K | T | Buy | 01/06/14 | J | | |
| 298. -VANGUARD EMERGING MKTS FUND | A | Dividend | | | Sold | 01/31/14 | J | A | |
| 299. -BNYMELLON NATIONAL SHORT TERM MUN FUND | A | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Jackson, Richard B. | 04/07/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard B. Jackson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544